James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068-1739
(973) 994-1700

Linda P. Nussbaum
John D. Radice
Shelly L. Friedland
GRANT & EISENHOFER. P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
(646) 722-8500

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, TEVA PHARMACEUTICAL INDUSTRIES LTD., and TEVA PHARMACEUTICALS,<br><br>Defendants. | Civil Action No. 12-1218(WHW)(MCA)<br><br><br><br>**NOTICE OF MOTION** |

To:   All Persons on ECF Mailing List

PLEASE TAKE NOTICE that on April 16, 2012 at 10 a.m. or as soon thereafter as counsel may be heard, Plaintiffs Meijer, Inc. and Meijer Distribution, Inc. (collectively "Plaintiffs") shall move before Hon. William H. Walls at the United States Courthouse, 50 Walnut Street, Newark NJ 07102, for the entry of Pretrial Order No. 1 consolidating all related

direct purchaser cases concerning the prescription pharmaceutical Lamictal and appointing Interim Lead and Liaison Counsel for the proposed direct purchaser class, pursuant to Fed.R.Civ.P. 42(a) and 23(g) and L.Civ.R. 42.1.

The undersigned intends to rely upon the annexed Brief and Exhibits thereto.

The undersigned hereby requests oral argument in the event that timely opposition papers are filed.

>                    CARELLA, BYRNE, CECCHI,
>                    OLSTEIN, BRODY & AGNELLO, P.C.
>                    Attorneys for Plaintiffs
>
>                    By:   /s/ James E. Cecchi
>                             JAMES E. CECCHI

Dated: March 23, 2012