# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW
PARK 80 WEST - PLAZA ONE ▪ 250 PEHLE AVENUE, SUITE 401 ▪ SADDLE BROOK, N.J. 07663
201-845-9600 ▪ FAX 201-845-9423

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Dial: 551-497-7131
Cell: 201-709-0597

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

September 21, 2012

**VIA ECF**
Hon. William H. Walls, Senior USDJ
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Room 4046
Newark, NJ 07102

RE:  *In Re: Lamictal Antitrust Litig.,*
     Master File No. 12-995-WHW-MCA

Dear Judge Walls:

I write on behalf of the lead plaintiffs seeking the Court's permission to file one brief not to exceed 70 pages in Times New Roman 14-proportional font in response to the two motions submitted by the defendants in support of their motions to dismiss (Doc. Nos.71 and 72). Plaintiffs believe this is the more economical way of dealing with the two motions and, in total, will be 10 pages less than the 80 pages to which they otherwise would be entitled were two separate briefs filed.

I represent to Your Honor that the defendants consent to this request.

If Your Honor will grant this request, we ask, respectfully, that the Court So Order this letter below.

We thank Your Honor in advance for considering this request.

Respectfully yours,

/s/ Peter S. Pearlman

Peter S. Pearlman

PSP:glv

cc:  Honorable Madeline Cox Arleo, USMJ (via ECF)
     All Counsel of Record (via ECF & email delivery)

SO ORDERED this 25 day of September, 2012.

_____