**COHN LIFLAND PEARLMAN**
**HERRMANN & KNOPF LLP**
**PETER S. PEARLMAN**
Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
201-845-9600
psp@njlawfirm.com
*Attorneys for Plaintiffs*
*[Additional Counsel listed on signature page]*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| IN RE LAMICTAL DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 2:12-cv-00995 (WHW-MCA) |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>All Direct Purchaser Actions | NOTICE OF APPEAL |

Notice is hereby given that Lead Plaintiff in the above-captioned action –Louisiana Wholesale Drug Co. and King Drug Company of Florence – hereby appeal on behalf of itself and all others similarly situated, to the United States Court of Appeals for the Third Circuit from the Opinion (Doc. No. 128) and Order (Doc No. 129) entered on January 24, 2014, dismissing with prejudice the Consolidated Amended Class Action Complaint (Doc No. 55) and denying Plaintiffs' Motion to Reconsider Dismissal of Action for Failure to State an Anti-Trust Cause of Action in Light of Recent Supreme Court Precedent (Doc. No. 113). This notice encompasses the Opinion and Order as well as all prior rulings made by the District Court.

DATED: January 27, 2014

COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
PETER S. PEARLMAN


*/s/ Peter S. Pearlman*
PETER S. PEARLMAN

Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

Liaison Counsel

| | |
|---|---|
| GARWIN GERSTEIN & FISHER LLP<br>Bruce E. Gerstein<br>Joseph Opper<br>Elena K. Chan<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Tel: (212) 398-0055<br>Fax: (212) 764-6620 | SMITH SEGURA & RAPHAEL, LLP<br>David C. Raphael, Jr.<br>Erin R. Leger<br>3600 Jackson Street, Suite 111<br>Alexandria, LA 71303<br>Tel: (318) 445-4480<br>Fax: (318) 487-1741 |
| ODOM & DES ROCHES, L.L.P.<br>Stuart E. Des Roches<br>Andrew W. Kelly<br>Chris Letter<br>650 Poydras Street<br>Suite 2020<br>New Orleans, LA 70130<br>Tel: (504) 522-0077<br>Fax: (504) 522-0078 | AUBERTINE DRAPER ROSE LLP<br>Andrew E. Aubertine<br>Stephanie K. Hines<br>8203 SE 7th Avenue<br>Portland, Oregon 97202<br>Tel: (503) 222-3030<br>Fax: (503) 222-3032 |

HEIM, PAYNE & CHORUSH, L.L.P.
Russell Chorush
Miranda Jones
600 Travis, Suite 6710
Houston, Texas 77002
Tel: (713) 221-2000
Fax: (713) 221-2021

*Attorneys for Plaintiffs-Appellants Louisiana Wholesale Drug Co., Inc. and King Drug Company of Florence, Inc.*

## CERTIFICATE OF SERVICE UPON COUNSEL

      I hereby certify that on January 27, 2014, the foregoing Notice was served on all attorneys of record via the Court's CM/ECF system.

                                                 /s/ *Peter S. Pearlman*