# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: LAMICTAL ANTITRUST LITIGATION<br><br>This Document Relates to: | Master File No. 12-995-WHW-MCA |
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated,<br>              Plaintiff,<br>v.<br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, TEVA PHARMACEUTICAL INDUSTRIES LTD., and TEVA PHAMACEUTICALS<br>              Defendants. | Case No. 2:12-CV-00995-WHW-MCA |
| KING DRUG COMPANY OF FLORENCE, INC., on behalf of itself and all others similarly situated,<br>              Plaintiff,<br>v.<br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, TEVA PHARMACEUTICAL INDUSTRIES LTD., and TEVA PHAMACEUTICALS<br>              Defendants. | Case No. 2:12-CV-01607-WHW-MCA |

## **NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, effective May 5, 2014, the new contact information for the law firm of GARWIN GERSTEIN FISHER LLP will be as follows:

> GARWIN GERSTEIN & FISHER LLP
> Wall Street Plaza
> 88 Pine Street, 10th Floor
> New York, New York  10005
> Telephone:  212-398-0055
> Facsimile:   212-764-6620
> www.garwingerstein.com

DATED: July 2, 2014

                                    Respectfully submitted,

                                  By:    */s/ Peter S. Pearlman*
                                             PETER S. PEARLMAN

                                             *Attorneys for Louisiana Wholesale Drug Cooperative Inc., and King Drug Company of Florence, Inc.*