```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

                       MINUTES OF PROCEEDINGS
```

Newark                                          Date: 10/26/15

**JUDGE WILLIAM H. WALLS**

Deputy Clerk: Gail Hansen

Court Reporter: Molly Giordano

Other:                                          Docket: 2:12-cv-0995
                                                        2:12-cv-5120
TITLE OF CASE:

Louisiana Wholesale Drug Co.
v. Smithkline Beechman Corportion

------------------------------------        IN RE:
Mcananey
v. Smithkline Beechman Corporation          LAMICTAL INDIRECT
                                            PURCHASER AND ANTITRUST
------------------------------------        CONSUMER LITIGATION


Appearances:

Bruce Gepstein, Counsel for Plaintiff Direct Purchaser
Joseph Tusa, Counsel for Plaintiff Indirect Purchaser
Douglas S. Eakeley, Counsel for Glaxosmithkline
Karen Walker, Counsel for Glaxosmithkline

NATURE OF PROCEEDINGS: STATUS CONFERENCE ON THE RECORD

Defendant Glaxosmithkline request for stay denied;
Indirect to withdraw motion; will file Answer then file a motion
for judgment on the pleadings;
Plaintiff wants discovery to go forward;
Case Management Conference to be scheduled before the Magistrate
Proposed Order to be submitted by Karen Walker with approval of
all parties.

                                    Gail A. Hansen
                                    Deputy Clerk
Time Commenced: 2:00 p.m. - 2:20 p.m.
Time Concluded: 2:50 p.m. - 3:10 p.m.
Total Time: 40 minutes