**LITE DEPALMA GREENBERG, LLC**
Michael E. Patunas
Mayra V. Tarantino
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000
mpatunas@litedepalma.com
mtarantino@litedepalma.com

**KIRKLAND & ELLIS LLP**
Jay P. Lefkowitz, P.C.
Devora W. Allon
Lindsey Oken
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
jay.lefkowitz@kirkland.com
devora.allon@kirkland.com
Lindsey.oken@kirkland.com

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and*
*Teva Pharmaceutical Industries Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: LAMICTAL DIRECT PURCHASER ANTITRUST LITIGATION** | Master File No. 12-995 (WHW)(CLW) |
| **IN RE: LAMICTAL INDIRECT PURCHASER ANTITRUST CONSUMER LITIGATION** | Master File No. 12-5120 (WHW)(CLW) |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **APPLICATION AND CERTIFICATION OF MICHAEL E. PATUNAS IN SUPPORT OF *PRO HAC VICE* ADMISSION OF DEVORA W. ALLON AND LINDSEY OKEN** |

**MICHAEL E. PATUNAS**, of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey, a member in good standing of the bar of this Court, and a member of the firm of Lite DePalma Greenberg, LLC, located at 570

Broad Street, Suite 1201, Newark, New Jersey 07102, co-counsel for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. ("Teva") in this matter. As such, I have personal knowledge of the facts set forth herein.

2. I make this certification in support of Teva's application to admit *pro hac vice* Devora W. Allon and Lindsey Oken as counsel for Teva.

3. Devora W. Allon is a partner with the firm of Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, New York 10022.

4. Ms. Allon has advised me that she is a member in good standing of the bars of the state of New York; the United States Court of Appeals for the Third Circuit; the United States District Court for the Eastern District of New York; and the United States District Court for the Southern District of New York. She is not under suspension, nor has she ever been suspended or disbarred from any court. Ms. Allon is fully familiar with the facts of this case.

5. There is good cause for the *pro hac vice* admission of Ms. Allon, as she is familiar with the facts, issues, and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by her acting as attorney for Teva in this matter.

6. Lindsey Oken is an associate with the firm of Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, New York 10022.

7. Ms. Oken has advised me that she is a member in good standing of the bars of the States of New York and California. She is not under suspension, nor has she ever been suspended or disbarred from any court. Ms. Oken is fully familiar with the facts of this case.

8. There is good cause for the *pro hac vice* admission of Ms. Oken, as she is familiar with the facts, issues, and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by her acting as attorney for Teva in this matter.

9. Pursuant to Rule 101.1(c)(4) of the Local Civil Rules, my firm will appear in this action, including all court appearances on behalf of Teva and agrees to accept service of all notices, orders, and pleadings in this action. I or an attorney from my firm will sign and file all pleadings, enter all appearances, sign all stipulations, and other such documents in this matter. I agree to be responsible for the conduct of the above-named counsel should they be admitted *pro hac vice*.

10. I will make certain that each attorney to be admitted *pro hac vice* in this case will comply with Local Civil Rule 101.1(c).

11. Counsel for Plaintiffs have advised me that they consent to the pro hac vice admission of the above-named counsel.

12. Accordingly, I respectfully request that this Court enter an order admitting Devora W. Allon and Lindsey Oken *pro hac vice* in this action.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 18, 2015      /s/ *Michael E. Patunas*
                              Michael E. Patunas