# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW
PARK 80 WEST - PLAZA ONE ▪ 250 PEHLE AVENUE, SUITE 401 ▪ SADDLE BROOK, N.J. 07663
201-845-9600 ▪ FAX 201-845-9423

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Dial: 551-497-7131
Cell: 201-709-0597

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

February 4, 2016

**VIA ECF**
Hon. Cathy L. Waldor, USMJ
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

RE:  *In Re: Lamictal Direct Purchasers Antitrust Litigation*
     Master File No. 12-cv-995 (the "Direct Purchaser Action")

Dear Judge Waldor:

I write on behalf of the Direct Purchaser Plaintiffs with respect to the Joint Rule 26(f) Report filed last night in this matter. Plaintiffs did not receive defendants' extensive commentary with respect to their positions on discovery until 9:30 last night. Because yesterday was the due date for the Report there was insufficient time for plaintiffs to prepare a response thereto for inclusion in that Report.

Accordingly, plaintiffs requested defendants' permission to include in the transmittal letter a statement that plaintiffs intend to respond further to certain of defendants' positions in the Report at the time of the Rule 16 Conference on February 8. Defendants refused to consent to the insertion of that statement in the transmittal letter and suggested plaintiffs do so by a separate letter. We do so herewith.

Respectfully yours,

*/s/ Peter S. Pearlman*

Peter S. Pearlman

PSP:glv
Enclosure
cc:   All Counsel of Record  (via email only)