Exhibit A

In addition to the terms Lamictal and lamotrigine, Defendants request that the Court order DPPs to use the following search terms/strings:

Terms/strings specific to Lamictal and/or lamotrigine:

| |
|---|
| *National Drug Codes for Lamictal or lamotrigine (See Appendix)* |
| Lamot* or LMT or LMCTL or LAM or LTG |
| NDA w/3 ("20-241" OR "20-764") |
| "4,602,017" OR "017 patent" OR "5,698,226" OR "226 patent" |
| "2:02-cv-03779" OR "02-cv-03779" OR "02-03779" OR "2:02-cv-3779" OR "02-cv-3779" OR "02-3779" |
| "2:08-cv-03706" OR "08-cv-03706" OR "08-03706" OR "2:08-cv-3706" OR "08-cv-3706" OR "08-3706" |
| "2:12-cv-00995" OR "12-cv-00995" OR "12-00995" OR "2:12-cv-0995" OR "12-cv-0995" OR "12-0995" OR "2:12-cv-995" OR "12-cv-995" OR "12-995" |
| "2:12-cv-05120" OR "12-cv-05120" OR "12-05120" OR "2:12-cv-5120" OR "12-cv-5120" OR "12-5120" |

Terms/strings specific to Defendants:

| |
|---|
| (GSK OR Glaxo* OR SKB OR SmithKline* OR Teva) AND (contract* OR agree* OR sell* OR sale* OR buy* OR bypass* OR fee* OR cost* OR capitat* OR FFS OR inventor* OR rebate* OR discount* OR reimb* OR charge* OR service* OR invoic* OR pric* OR forecast* OR volume* OR level* OR profit* OR margin* OR revenue* OR promot* OR quantit* OR coupon* OR pay* OR AWP OR MAC OR WAC OR AMP) |
| (GSK OR Glaxo* OR SKB OR SmithKline*) AND Teva AND (settl* OR licens* OR patent* OR infring* OR agree* OR (hatch w/2 waxman) OR delay* OR reverse OR pay* OR supply* OR suppli* OR suit OR lawsuit OR case OR contract*) |
| (GSK OR Glaxo* OR SKB OR SmithKline*) AND Teva AND (settl* OR licens* OR patent* OR infring* OR agree* OR (hatch w/2 waxman) OR delay* OR reverse) AND (damag* OR loss* OR profit* OR net* OR revenue* OR expens* OR cost* OR harm*) |

## Appendix

| | | |
|---|---|---|
| 00081-0633-25 | 00378-4253-91 | 49884-0561-11 |
| 00081-0642-55 | 00378-4254-05 | 49884-0562-11 |
| 00081-0643-60 | 00378-4254-91 | 49884-0563-11 |
| 00081-0644-60 | 00378-6905-01 | 49884-0564-11 |
| 00093-0039-01 | 00378-6925-01 | 49884-0604-11 |
| 00093-0039-05 | 13668-0045-01 | 49884-0605-11 |
| 00093-0039-16 | 13668-0045-05 | 51079-0498-01 |
| 00093-0039-93 | 13668-0045-74 | 51079-0498-20 |
| 00093-0039-37 | 13668-0047-01 | 51079-0499-01 |
| 00093-0132-01 | 13668-0047-05 | 51079-0499-20 |
| 00093-0463-01 | 13668-0047-74 | 51079-0865-01 |
| 00093-0463-05 | 13668-0048-05 | 51079-0865-20 |
| 00093-0463-83 | 13668-0048-60 | 51079-0866-01 |
| 00093-0463-93 | 13668-0048-64 | 51079-0866-20 |
| 00093-0688-01 | 13668-0048-71 | 51552-1361-08 |
| 00093-5715-01 | 13668-0049-05 | 51672-4130-01 |
| 00093-7247-05 | 13668-0049-60 | 51672-4130-03 |
| 00093-7247-06 | 16252-0597-01 | 51672-4131-01 |
| 00093-7247-96 | 16252-0598-01 | 51672-4131-03 |
| 00093-7248-05 | 16714-0371-02 | 51672-4132-03 |
| 00093-7248-06 | 16714-0372-02 | 51672-4132-04 |
| 00093-7248-15 | 16714-0373-04 | 51672-4133-03 |
| 00115-1528-08 | 16714-0374-04 | 51672-4133-04 |
| 00115-1529-08 | 29300-0111-01 | 51672-4139-01 |
| 00173-0526-00 | 29300-0111-05 | 51672-4140-01 |
| 00173-0527-00 | 29300-0111-10 | 51927-4795-00 |
| 00173-0594-01 | 29300-0112-01 | 52536-0250-03 |
| 00173-0594-02 | 29300-0112-05 | 52536-0251-03 |
| 00173-0633-02 | 29300-0112-10 | 52536-0252-03 |
| 00173-0633-10 | 29300-0113-05 | 52536-0253-03 |
| 00173-0642-55 | 29300-0113-16 | 54569-6454-00 |
| 00173-0643-60 | 29300-0114-05 | 54569-6454-01 |
| 00173-0644-60 | 29300-0114-16 | 54569-6490-00 |
| 00173-0817-28 | 35356-0448-10 | 54569-6567-00 |
| 00228-1410-03 | 42291-0366-01 | 55111-0220-01 |
| 00228-1422-03 | 42291-0366-10 | 55111-0220-05 |
| 00228-1435-03 | 42291-0367-01 | 55111-0221-01 |
| 00228-1453-03 | 42291-0367-10 | 55111-0221-05 |
| 00228-1580-03 | 42291-0368-50 | 55111-0222-05 |
| 00378-4251-01 | 42291-0368-60 | 55111-0222-60 |
| 00378-4251-05 | 42291-0369-50 | 55111-0223-05 |
| 00378-4252-01 | 42291-0369-60 | 55111-0223-60 |
| 00378-4252-05 | 49884-0486-11 | 55111-0225-01 |
| 00378-4253-05 | 49884-0487-11 | 55111-0226-01 |

| | |
|---|---|
| 55111-0226-05 | 65862-0229-01 |
| 55111-0428-30 | 65862-0229-60 |
| 55111-0717-30 | 65862-0230-01 |
| 55111-0718-30 | 65862-0230-60 |
| 55111-0719-30 | 65862-0361-01 |
| 55111-0720-30 | 65862-0362-01 |
| 58597-8612-04 | 68084-0318-01 |
| 58597-8612-06 | 68084-0318-11 |
| 58597-8612-07 | 68084-0319-01 |
| 59746-0245-01 | 68084-0319-11 |
| 59746-0245-05 | 68084-0320-11 |
| 59746-0246-01 | 68084-0320-21 |
| 59746-0246-10 | 68084-0334-11 |
| 59746-0247-05 | 68084-0334-21 |
| 59746-0247-60 | 68084-0335-11 |
| 59746-0248-05 | 68084-0335-21 |
| 59746-0248-60 | 68084-0810-25 |
| 59762-2040-02 | 68084-0810-95 |
| 59762-2040-08 | 68382-0006-01 |
| 59762-2041-02 | 68382-0006-10 |
| 59762-2042-02 | 68382-0008-01 |
| 59762-2043-02 | 68382-0008-10 |
| 59762-2043-08 | 68382-0009-05 |
| 59762-2461-02 | 68382-0009-14 |
| 60505-2663-01 | 68382-0010-05 |
| 60505-2663-05 | 68382-0010-14 |
| 60505-2664-01 | 68382-0108-01 |
| 60505-2664-05 | 68382-0108-05 |
| 60505-2665-05 | 68382-0109-01 |
| 60505-2665-06 | 68462-0228-01 |
| 60505-2680-05 | 68462-0229-01 |
| 60505-2680-06 | 68462-0244-01 |
| 62332-0095-31 | 68462-0245-60 |
| 62332-0096-31 | 68462-0246-60 |
| 63739-0516-10 | 69097-0148-07 |
| 63739-0517-10 | 69097-0148-12 |
| 63739-0670-10 | 69097-0148-15 |
| 64679-0271-01 | 69097-0149-07 |
| 64679-0272-01 | 69097-0149-12 |
| 64679-0272-02 | 69097-0149-15 |
| 64679-0273-01 | 69097-0151-03 |
| 64679-0273-02 | 69097-0151-12 |
| 64679-0274-01 | 69097-0151-15 |
| 64679-0275-01 | 69097-0152-03 |
| 65862-0227-01 | 69097-0152-12 |
| 65862-0228-01 | 69097-0152-15 |

2