**PATUNAS LAW LLC**
Michael E. Patunas
24 Commerce Street, Suite 606
Newark, New Jersey 07102
(973) 396-8740
mpatunas@patunaslaw.com

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc.*
*and Teva Pharmaceutical Industries Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: LAMICTAL DIRECT PURCHASER ANTITRUST LITIGATION** | Master File No. 12-995 (WHW)(CLW) |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **CERTIFICATION OF DMITRIY TISHYEVICH, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

**DMITRIY TISHYEVICH**, of full age, hereby certifies as follows:

1. I am an associate with the firm Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, NY 10022, co-counsel for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. ("Teva") in the above-captioned matter. I make this certification on my personal knowledge in support of Teva's application to have me admitted *pro hac vice*.

2. I am a member in good standing of the bars of California (admitted in 2011) and New York (admitted in 2015). The names and addresses of the offices maintaining the rolls of members of the bars in those jurisdictions are as follows:

| | |
|---|---|
| **California**<br>Office of Admissions for<br>  the State Bar of California<br>180 Howard Street<br>San Francisco, CA 94105 | **New York**<br>Attorney Records Clerk<br>Appellate Division<br>First Judicial Department<br>41 Madison Avenue, 26th Floor<br>New York, NY 10010 |

3. I am not under suspension, nor have I ever been suspended or disbarred from any court. I am fully familiar with the facts of this case.

4. I am conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and will abide by those Rules.

5. Upon entry of the requested order, payment in the appropriate amount will be forwarded to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

6. In accordance with Local Civil Rule 101.1(c)(3), upon entry of the requested order, payment in the amount of $150.00 will be forwarded to the Clerk, United States District Court.

7. I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court. I agree to comply with the requirements of Local Civil Rule 101.1(c). I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

8. The firm of Patunas Law LLC of Newark, New Jersey has agreed to work with my firm in the defense of this action.

9. I respectfully request that this Court grant Teva's application to have me admitted *pro hac vice* for all purposes in this matter, including the trial of this case. I understand that Counsel for Plaintiffs have no objection to my admission.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false I am subject to punishment.

Dated: September 29, 2016

_____
Dmitriy Tishyevich