IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LAMICTAL DIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master File No. 12-995 (WHW)(CLW)<br><br>ORDER FOR ADMISSION<br>*PRO HAC VICE* OF<br>DMITRIY TISHYEVICH |

This matter having come before the Court on the application of Patunas Law LLC ["movant"], attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. ("Teva"), for the *pro hac vice* admissions of Dmitriy Tishyevich ["counsel"], pursuant to Local Civ. R. 101.1(c); and the Court having considered the certifications submitted in support of the application, which reflect that counsel satisfies the requirements set forth in Local Civ. R. 101.1(c)(1); and the Court having been advised that Plaintiffs consent to the application; and for good cause shown,

IT IS ON THIS ___30___ day of September, 2016

**ORDERED** that the application for the *pro hac vice* admission of counsel is granted;

**IT IS FURTHER ORDERED** that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court;

**IT IS FURTHER ORDERED** that the movant shall (a) be attorney of record in this case in accordance with Local Civil R. 101.1(c)(4); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the

329426.1

firm to sign) all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the cause and counsel in this matter;

**IT IS FURTHER ORDERED** that counsel shall make payments to the New Jersey Lawyers' Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2(a), for each year in which counsel represents the clients in this matter; and

**IT IS FURTHER ORDERED** that counsel shall each pay $150.00 to the Clerk of the Court, pursuant to Local Civil Rule 101.1(c)(3).

_____
Hon. Cathy L. Waldor, U.S.M.J.

329426.1