# Lowenstein Sandler LLP

**Gavin J. Rooney**
Partner

65 Livingston Avenue
Roseland, NJ 07068
T  973 597 2472
F  973 597 2473
grooney@lowenstein.com

November 1, 2016

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 08608

Re:   *In re Lamictal Direct Purchaser Antitrust Litigation*
         **Master File No. 12-cv-995-WHW-CLW**

Dear Judge Waldor:

As was reported to Your Honor at yesterday's conference, the parties have stipulated to a schedule for formal briefing on the question of "downstream" discovery requested by Defendants of Plaintiffs. According to that agreed schedule:

- Defendants will file their motion to compel downstream discovery on November 4, 2016;
- Direct Purchaser Plaintiffs will file their responsive brief on November 30, 2016; and
- Defendants will file a reply brief on December 16, 2016.

Under the Local Civil Rules, the motion would therefore be made returnable on January 3, 2017. We hope that this schedule meets with Your Honor's approval.

Respectfully submitted,
s/ Gavin J. Rooney
Gavin J. RooneyGavin J. Rooney

cc:   All Counsel of Record (via ECF)