**PATUNAS LAW LLC**
Michael E. Patunas
24 Commerce Street, Suite 606
Newark, New Jersey 07102
(973) 396-8740
mpatunas@patunaslaw.com

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc.
and Teva Pharmaceutical Industries Ltd.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: LAMICTAL DIRECT PURCHASER ANTITRUST LITIGATION** | Master File No. 12-995 (WHW)(CLW) |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **NOTICE OF MOTION TO COMPEL DIRECT PURCHASER PLAINTIFFS TO PRODUCE SALES AND PRICING DATA**<br><br>**MOTION DATE: JANUARY 3, 2017** |

**TO: ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on January 3, 2017, Defendants Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc. and SmithKline Beecham Corporation d/b/a Glaxo SmithKline, will move before this Court for an Order compelling Direct Purchaser Plaintiffs to produce certain sales and pricing data, as more fully detailed in the moving papers.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Defendants shall rely upon the Declarations of Dmitriy Tishyevich and Bruce A. Stangle, Ph.D. and the accompanying Memorandum of Law. A proposed form of order is submitted herewith.

329425.1

Dated:  November 4, 2016

        **PATUNAS LAW LLC**

        */s/ Michael E. Patunas*
        Michael E. Patunas
        24 Commerce Street, Suite 606
        Newark, NJ 07102
        (973) 396-8740
        mpatunas@patunaslaw.com

        **KIRKLAND & ELLIS LLP**
        Jay P. Lefkowitz, P.C. (pro hac vice)
        Devora W. Allon (pro hac vice)
        Dmitriy Tishyevich (pro hac vice)
        600 Lexington Avenue
        New York, NY 10022
        (212) 446-4800

        *Attorneys for Defendants Teva*
        *Pharmaceutical Industries Ltd. and Teva*
        *Pharmaceuticals USA, Inc.*


        **LOWENSTEIN SANDLER**

        */s/ Douglas S. Eakeley*
        65 Livingston Avenue
        Roseland, NJ 07068
        (973) 597-2500

        **PEPPER HAMILTON LLP**
        Barbara W. Matther (pro hac vice)
        Robin P. Sumner (pro hac vice)
        Lindsay D. Breedlove
        3000 Two Logan Square
        Eighteenth and Arch Streets,
        Philadelphia, PA 19103-2799
        (609) 981.4000

        *Attorneys for Defendant*
        *GlaxoSmithKline LLC*

329425.1