# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW
PARK 80 WEST - PLAZA ONE ▪ 250 PEHLE AVENUE, SUITE 401 ▪ SADDLE BROOK, N.J. 07663
201-845-9600 ▪ FAX 201-845-9423

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Dial: 551-497-7131
Cell: 201-709-0597

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

November 7, 2016

**VIA ECF**
Hon. William H. Walls, Senior USDJ
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Room 4046
Newark, NJ 07102

Hon. Cathy L. Waldor, USMJ
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

RE: *In Re: Lamictal Direct Purchasers Antitrust Litigation*
Master File No.: 12-cv-995

Dear Judges Walls and Waldor:

I write on behalf of the Direct Purchaser Class Plaintiffs to advise Your Honors that, today, the United States Supreme Court denied defendants' petition for a writ of *certiorari* in this matter.

Respectfully yours,

*/s/ Peter S. Pearlman*

Peter S. Pearlman

PSP:glv
cc: All Counsel of Record (via ECF only)