# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LAMICTAL DIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL DIRECT PURCHASER ACTIONS | DOCUMENT ELECTRONICALLY FILED<br><br>Civil Action No. 12-995<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL T. STEPHEN JENKINS, ESQ.** |

      PLEASE TAKE NOTICE that T. Stephen Jenkins of Pepper Hamilton LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, Pennsylvania 19103-2799, hereby withdraws as counsel for defendant GlaxoSmithKline LLC ("GSK") in this matter and should no longer receive ECF notifications for the above-captioned case.

      GSK continues to be represented by the law firms Pepper Hamilton LLP and Lowenstein Sandler LLP.

DATED:   December 13, 2016

                                   Respectfully submitted,

                                   _s/ Douglas S. Eakeley_
                                   Douglas S. Eakeley
                                   Gavin J. Rooney
                                   Joseph A. Fischetti
                                   **LOWENSTEIN SANDLER LLP**
                                   65 Livingston Avenue
                                   Roseland, New Jersey 07068
                                   (973) 597-2500

                                   Barbara W. Mather (pro hac vice)
                                   Robin P. Sumner (pro hac vice)
                                   Lindsay Breedlove
                                   **PEPPER HAMILTON LLP**
                                   3000 Two Logan Square
                                   Eighteenth & Arch Streets
                                   Philadelphia, Pennsylvania 19103
                                   (215) 981-4000

                                   *Attorneys for Defendant GlaxoSmithKline LLC*