IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LAMICTAL DIRECT PURCHASER ANTITRUST LITIGATION | Master File No. 12-995-WHW-CLW |
| THIS DOCUMENT RELATES TO: ALL DIRECT PURCHASER ACTIONS | |

**FIRST AMENDED PRETRIAL SCHEDULING ORDER**

This matter having come before the Court for a status conference pursuant to Federal Rule of Civil Procedure 16 on December 21, 2016; and for good cause shown,

IT IS on this 2\_\_ day of Feb\_\_\_\_, 2017,

ORDERED as follows:

**SCHEDULE**

The following schedule shall govern the proceedings in this action:

| Event | Deadline |
|---|---|
| Document production, which shall proceed on a rolling basis, to be completed. Privilege logs identifying redacted or withheld documents will be produced on a rolling basis within thirty (30) days of the corresponding production. | March 9, 2017 |
| Fact discovery closes, except for requests for admission pertaining to the admissibility of evidence. Discovery requests must be served to be answerable by this date. | July 24, 2017 |
| Plaintiffs to serve expert reports. | August 21, 2017 |
| Defendants to serve opposition expert reports. | December 1, 2017 |
| Plaintiffs to serve rebuttal expert reports. | February 5, 2018 |
| Depositions of expert witnesses to be completed and expert discovery shall close. | March 29, 2018 |
| Plaintiffs to file and serve motions for class certification. | April 16, 2018 |

| | |
|---|---|
| Defendants to file and serve their oppositions to motions for class certification. | May 30, 2018 |
| Plaintiffs to file and serve replies in further support of their motions for class certification. | June 29, 2018 |

## DISCOVERY & MOTION PRACTICE

No discovery motion or motion for sanctions for failure to provide discovery shall be made without leave of Court. Counsel shall confer in good faith and attempt to informally resolve any discovery disputes before seeking the Court's intervention. Should such informal efforts fail, the aggrieved party shall bring the dispute to the Court's attention in the first instance by letter. Thereafter, the Court may schedule a telephonic discovery conference pursuant to Fed. R. Civ. P. 26(f) to resolve the dispute and/or may authorize the filing of a motion. *See* L. Civ. R. 16.1(f). Discovery letters shall be submitted on the Court's ECF system unless they contain or attach information which a party believes should not be filed on the docket, in which event it may be submitted to the Court via e-mail. Courtesy Copies of letters or motion papers relating to discovery or scheduling matters are not necessary.

Hon. Cathy L. Waldor
United States Magistrate Judge