# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 WEST - PLAZA ONE 250 PEHLE AVE. SUITE 401 SADDLE BROOK N.J. 07663 201-845-9600 FAX 201-845-9423

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

PETER S. PEARLMAN, ESQ.   Email: psp@njlawfirm.com
Direct Dial: 551-497-7131 / Cell Phone: 201-709-0597

June 30, 2017

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 08608

Re: *In re Lamictal Direct Purchaser Antitrust Litigation*
Master File No.: 12-cv-995

Dear Judge Waldor:

Following the May 30, 2017, status conference, Plaintiffs drafted a proposed form of order memorializing the Court's rulings and circulated same to Defendants on June 6. Defendants did not respond.

Having heard nothing for several weeks, Plaintiffs again contacted Defendants regarding the proposed form of order on June 28, 2017. Yesterday, Defendants advised that they objected to the proposed form of order and asserted that documenting the Court's rulings was "unnecessary" and "spending time negotiating a proposed order is not a good use of the parties' time, which should be focused on completing discovery promptly."

As Plaintiffs believe that the entry of an order regarding the May 30 status conference would facilitate the prompt completion of discovery and avoid future disputes regarding issues upon which the Court has already ruled, Plaintiffs respectfully submit the proposed form of order for the Court's consideration.

Respectfully submitted,

*/s/ Peter S. Pearlman*

Peter S. Pearlman

PSP:mds
Enclosure

cc:   All Counsel of Record *(Via ECF)*