**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500

**PEPPER HAMILTON LLP**
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, Pennsylvania 19103
(215) 981-4000

*Attorneys for Defendant*
*SmithKline Beecham Corp. d/b/a GlaxoSmithKline*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: LAMICTAL DIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO : ALL DIRECT PURCHASER ACTIONS | Civil Action No. 12-995<br>(Document Electronically Filed)<br><br>Honorable William H. Walls, U.S.D.J.<br><br>**FINDINGS OF FACT AND CONCLUSIONS OF LAW GRANTING MOTION TO SEAL** |

      This matter having been brought before the Court by Lowenstein Sandler LLP and Pepper Hamilton LLP, attorneys for defendant SmithKline Beecham Corp., d/b/a GlaxoSmithKline ("GSK"), for an order granting GSK's motion to seal portions of the parties' August 22, 2017 (ECF No. 259), September 21, 2017 (ECF No. 273), and October 5, 2017 (ECF No. 281) submissions to this Court (the "Motion"), and,

      This Court having fully considered the Declaration of Melissa Hatch O'Donnell in Support of the Motion, and any opposition thereto, as well as the record before it; the Court

having further found that the standards of Local Civil Rule 5.3(c)(3) have been met and support the sealing of the confidential information set forth below; and the Court having considered the oral argument of the parties, if any; and for good cause having been shown,

**IT IS ON THIS** 31 day of October, 2017;

**ORDERED** that the Motion is **granted**; and it is further

**ORDERED** that the entirety of the following documents shall be sealed and maintained under seal:

- Exhibits B, F, and H-K to Defendant GlaxoSmithKline LLC's Brief in Opposition to Plaintiffs' Letter Request of August 22, 2017 dated September 21, 2017 (hereinafter "GSK's Brief in Opposition") (ECF Nos. 273-3, -7, and -9-12); and it is further

**ORDERED** that portions of the following documents shall be sealed and maintained under seal and that the redacted versions of the filings, each filed on October 19, 2017, shall remain publicly available:

- Letter from Peter S. Pearlman of August 22, 2017 (ECF No. 259)
- Certification of Matthew F. Gately in Support of Plaintiffs' Letter Request (ECF No. 259-1)
- GSK's Brief in Opposition (ECF No. 273)
- Exhibit E to the Declaration of Melissa Hatch O'Donnell in Support of GSK's Brief in Opposition (ECF No. 273-6)
- Direct Purchaser Plaintiffs' Reply Memorandum in Support of Their Letter Request of August 22, 2017 (ECF. No 281)

*s/Cathy L. Waldor*

Honorable Cathy L. Waldor, U.S.M.J.