**COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP**
Peter S. Pearlman, Esq.
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel.: (201) 845-9600
Fax: (201) 845-9423
E-Mail: psp@njlawfirm.com
*Attorneys for Direct Purchaser Plaintiffs*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LAMICTAL DIRECT PURCHASER ANTITRUST LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File No.: 12-995 (WHW)(CLW) |

**NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S NOVEMBER 7, 2017 ORDER (ECF No. 304) DENYING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF FIVE DOCUMENTS THAT DEFENDANT GLAXOSMITHKLINE ("GSK") CLAIMS ARE PRIVILEGED**

**PLEASE TAKE NOTICE** that on a time and date to be set by the Court, Direct Purchaser Plaintiffs ("Plaintiffs"), will move for an Order reconsidering this Court's Order of November 7, 2017 (ECF No. 304), which denied Plaintiffs' Motion to Compel the Production of Five Documents marked at the deposition of David

Ballesteros as Exhibits 1012, 1013, 1014, 1015, and 1016 that Defendant GlaxoSmithKline claims are privileged (ECF No. 297).

**PLEASE TAKE FURTHER NOTICE** that in support thereof, Plaintiffs will rely upon the Declaration of Peter S. Pearlman, Esq. dated May 18, 2018 and the Memorandum of Law submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

Plaintiffs request oral argument on this motion.

DATED:  May 18, 2018

By:_____*/s/ Peter S. Pearlman*_____

| GARWIN GERSTEIN & FISHER, LLP | COHN LIFLAND PEARLMAN |
|---|---|
| Bruce E. Gerstein | HERRMANN & KNOPF LLP |
| Joseph Opper | Peter S. Pearlman |
| Noah Silverman | Matthew F. Gately |
| Elena K. Chan | Park 80 West - Plaza One |
| 88 Pine Street, Floor 10 | 250 Pehle Avenue, Suite 401 |
| New York, NY 10005 | Saddle Brook, NJ 07663 |
| Tel.: (212) 398-0055 | Tel.: (201) 845-9600 |
| | |
| ODOM & DES ROCHES, L.L.P. | SMITH SEGURA & RAPHAEL, LLP |
| Stuart E. Des Roches | Susan C. Segura |
| Dan Chiorean | David C. Raphael, Jr. |
| Chris Letter | Erin R. Leger |
| 650 Poydras Street, Suite 2020 | 3600 Jackson Street, Suite 111 |
| New Orleans, LA 70130 | Alexandria, LA 71303 |
| Tel.: (504) 522-0077 | Tel.: (318) 445-4480 |

| | |
|---|---|
| FARUQI & FARUQI, LLP<br>Peter R. Kohn<br>Joseph T. Lukens<br>101 Greenwood Ave., Ste. 600<br>Jenkintown, PA 19046<br>Tel.: (215) 277-5770 | BERGER & MONTAGUE, P.C.<br>David F. Sorensen<br>Michael Kane<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel.: (215) 875-3000 |

HEIM PAYNE & CHORUSH LLP
Russell Chorush
Allan Bullwinkel
1111 Bagby, Suite 2100
Houston, Texas 77002
Tel.: (713) 221-2000

*Counsel for Direct Purchaser Plaintiffs*