UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 5, 2019
ECO-025

No. 18-8061

In Re: Lamictal Direct Purchaser Antitrust Litigation

Smithkline Beecham Corp., d/b/a/ GlaxoSmithKline;
Teva Pharmaceuticals Ltd.; Teva Pharmaceuticals,
Petitioners

(D.N.J. No. 2-12-cv-00995)

Present: SHWARTZ, BIBAS, and PORTER, Circuit Judges

1. Petition by Petitioners for Permission to Appeal Pursuant to Rule 23(f) with Exhibits;

2. Motion by Petitioners to Seal Exhibits to and Portions of Petition for Permission to Appeal Pursuant to Rule 23(f);

3. Response by Respondents to Petition for Permission to Appeal;

4. Motion by Respondents to File under Seal the Response to Petition for Permission to Appeal and Certain Exhibits to the Response.

Respectfully,
Clerk/pdb

_____ORDER_____

The foregoing petition by Petitioners' for permission to appeal pursuant to 23(f) with exhibits is granted.

The motions to seal portions of the briefs and exhibits submitted in connection with the Rule 23(f) petition is granted in part only as to the nonpublic information the disclosure of which would cause a clearly defined and serious injury. Therefore, no later than ten days from the date of this order, the parties shall file a version of briefs and exhibits on the public docket that redacts only nonpublic information the disclosure of which would cause a clearly defined and serious injury. See Publicker Indus., Inc. v. Cohen, 733 F.2d 1059, 1071 (3d Cir. 1984) (stating that the party seeking to seal bears the burden of showing that "the material is the kind of information that courts will protect" and that "disclosure will work a clearly defined and serious injury to the party seeking closure."

By the Court,

s/Patty Shwartz
Circuit Judge

Dated: March 18, 2019
PDB/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk