

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

Michael E. Patunas
Patunas Law LLC
24 Commerce Street

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD



## Orders on Motions

2:12-cv-00995-WHW-CLW
LOUISIANA WHOLESALE
DRUG CO., INC. v. SMITHKLINE
BEECHAM CORPORATION et al

LEAD,SCHEDO

## U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 3/8/2019 at 10:17 AM EST and filed on 3/7/2019

**Case Name:** LOUISIANA WHOLESALE DRUG CO., INC. v. SMITHKLINE BEECHAM CORPORATION et al
**Case Number:** 2:12-cv-00995-WHW-CLW
**Filer:**
**Document Number:** 445

**Docket Text:**
**ORDER granting [443] Motion to Seal portions of documents, etc.. Signed by Magistrate Judge Cathy L. Waldor on 3/7/2019. (ys, )**


**2:12-cv-00995-WHW-CLW Notice has been electronically mailed to:**

CAITLIN G. COSLETT    ccoslett@bm.net, aarteaga@bm.net, ccoslett@gmail.com, dwerwinski@bm.net, pfrohbergh@bm.net

CONNIE LEE    leeco@pepperlaw.com

DOUGLAS SCOTT EAKELEY    deakeley@lowenstein.com

ELENA K. CHAN    echan@garwingerstein.com, ecf@garwingerstein.com

GAVIN J. ROONEY    grooney@lowenstein.com, ahodgetts@lowenstein.com, vtaboada@lowenstein.com

JOSEPH ALDO FISCHETTI    jfischetti@lowenstein.com, scosentini@lowenstein.com

KATHERINE MARIE ROMANO    kromano@walsh.law

KIMBERLY MARION HENNINGS    khennings@garwingerstein.com, ecf@garwingerstein.com, sroth@garwingerstein.com

**Utility Events**
2:12-cv-00995-WHW-CLW
LOUISIANA WHOLESALE DRUG
CO., INC. v. SMITHKLINE
BEECHAM CORPORATION et al

APPEAL,LEAD,SCHEDO,STAYED



2019 APR -4 P 3: 45

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 3/25/2019 at 11:14 AM EDT and filed on 3/25/2019

| | |
|---|---|
| **Case Name:** | LOUISIANA WHOLESALE DRUG CO., INC. v. SMITHKLINE BEECHAM CORPORATION et al |
| **Case Number:** | 2:12-cv-00995-WHW-CLW |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Set Deadlines as to [453] MOTION FOR WITHDRAWAL OF APPEARANCE OF PRO HAC VICE COUNSEL, BRIAN D. BROOKS . Motion set for 4/15/2019 before Judge William H. Walls. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (ys, )**

**2:12-cv-00995-WHW-CLW Notice has been electronically mailed to:**

CAITLIN G. COSLETT   ccoslett@bm.net, aarteaga@bm.net, ccoslett@gmail.com, dwerwinski@bm.net, pfrohbergh@bm.net

CONNIE LEE   leeco@pepperlaw.com

DOUGLAS SCOTT EAKELEY   deakeley@lowenstein.com

ELENA K. CHAN   echan@garwingerstein.com, ecf@garwingerstein.com

GAVIN J. ROONEY   grooney@lowenstein.com, ahodgetts@lowenstein.com, vtaboada@lowenstein.com

JOSEPH ALDO FISCHETTI   jfischetti@lowenstein.com, scosentini@lowenstein.com