UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 19-1655

In re: Lamictal Direct Purchaser Antitrust Litigation

GlaxoSmithKline, LLC d/b/a SmithKline Beecham Corporation;
Teva Pharmaceuticals USA, Inc.;
Teva Pharmaceuticals Industries Ltd.,

Appellants

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 2-12-cv-00995)
District Judge: Honorable William H. Walls

Argued March 9, 2020

Before: AMBRO, KRAUSE, and PHIPPS, <u>Circuit Judges</u>

## **JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the District of New Jersey and was argued on March 9, 2020.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the order of the District Court entered December 13, 2018, is hereby vacated and this matter is remanded for further proceedings. Costs taxed against Appellees. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: April 22, 2020