# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 WEST - PLAZA ONE 250 PEHLE AVE. SUITE 401 SADDLE BROOK N.J. 07663 201-845-9600 FAX 201-845-9423

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

**PETER S. PEARLMAN, ESQ.   Email: psp@njlawfirm.com**
**Direct Dial: 551-497-7131  /  Cell Phone: 201-709-0597**

July 6, 2020

**VIA ECF**
Honorable John Michael Vasquez, U.S.D.J.
United States District Court, District of New Jersey
U.S. Post Office and Court House Building
1 Federal Square
Courtroom PO 03
Newark, NJ 07102

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Bldg. and S.S. Court House
50 Walnut Street
Courtroom MLK 4D
Newark, NJ.07102

> Re: In Re Lamictal Direct Purchaser Antitrust Litigation
> Master File No. 12-cv-995 (JMV) (CLW)

Dear Judges Vasquez and Waldor:

      The Direct Purchaser Plaintiffs ("Plaintiffs") respectfully submit this letter to request a status conference to address the schedule for further briefing regarding Plaintiffs' motion for class certification. As Your Honors are aware, on April 22, 2020 the Third Circuit entered a Judgment (ECF No. 467) remanding this matter for further class certification proceedings. In furtherance of that process, the parties have conferred regarding the schedule for further class certification proceedings, but have been unable to reach agreement. At the conference, Plaintiffs will request the Court enter an Order consistent with the [Proposed] Order Setting Class Certification Briefing Schedule, which is submitted herewith.

      Respectfully,

      *Peter S. Pearlman*

      Peter S. Pearlman

Encl.
cc: All counsel via ECF