UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: LAMICTAL DIRECT PURCHASER ANTITRUST LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File No. 12-995-JMV-CLW |

### [PROPOSED] ORDER SETTING CLASS CERTIFICATION BRIEFING SCHEDULE

The following schedule shall govern briefing for Plaintiffs' motion for class certification, which was remanded by the Third Circuit for further proceedings (ECF No. 467):

| Event | Date |
|---|---|
| Plaintiffs file supplemental brief in further support of their motion for class certification | July 22, 2020 |
| Defendants file supplemental opposition to motion for class certification | September 4, 2020 |
| Court to determine if there will be argument or an evidentiary hearing | At Court's convenience |

The supplemental brief and opposition shall not exceed twenty (20) pages each and will be limited to the issues the Third Circuit identified for remand.

1

IT IS SO ORDERED.

Dated: _____, 2020

                                                     _____
                                                     Hon.
                                                     UNITED STATES JUDGE