**Not for Publication**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: Lamictal Direct Purchaser Antitrust Litigation | Civil Action No. 12-995<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons expressed in the accompanying Opinion, and for good cause shown,

**IT IS** on this 9th day of April, 2021 hereby

**ORDERED** that Plaintiffs' motion for class certification, D.E. 372, 478, as to the Plaintiffs who only purchased generic lamotrigine is **DENIED**; and it is further

**ORDERED** that the accompanying Opinion shall be placed under seal and shall remain under seal, unless and until an order unsealing the Opinion is issued; and it is further

**ORDERED** that, to the extent that the parties intend to seal portions of the Opinion, a joint motion to seal shall be filed *within 14 days* after the entry of this Order, where such joint motion shall include as an attachment the Opinion marked with proposed redactions; and it is further

**ORDERED** that the parties' failure to comply with the Order above will result in the Opinion being unsealed in its entirety.

_____
John Michael Vazquez, U.S.D.J.