

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

May 4, 2022

**VIA ECF**

Honorable Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *In re: Lamictal Direct Purchaser Antitrust Litigation*
      Master File No.: 2:12-cv-995 (JMV) (CLW)

Dear Judge Waldor:

This firm, together with Kirkland & Ellis LLP, represents Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. (collectively, "Teva") in connection with the above-referenced matter.

Pursuant to Local Civil Rule 101.1(c)(5), we respectfully request Your Honor's approval of the withdrawal of Alexandra Strang as one of Teva's *pro hac vice* counsel. Ms. Strang was admitted *pro hac vice* on behalf of Teva by this Court's Order on June 6, 2017 (D.E. 228). The law firms of Walsh Pizzi O'Reilly Falanga LLP and Kirkland & Ellis LLP will continue to represent Teva in this action.

If Your Honor approves, we respectfully request that Your Honor "So Order" this letter and have it filed on the docket. As always, we thank the Court for its attention to this matter and we are available should Your Honor or Your Honor's staff have any questions or need anything further.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

cc:   All Counsel of Record (via ECF and Email)

SO ORDERED this ___ day of _____, 2022.

_____
 Honorable Cathy L. Waldor, U.S.M.J.